**Motion Granted; Appeal Dismissed and Memorandum Opinion filed March 5, 2013.**

**In The**

# Fourteenth Court of Appeals

### NO. 14-12-00791-CV

**JACQUELINE WILLIAMS, EXECUTRIX FOR THE ESTATE OF JAVIER RAMIREZ CRUZ AND YOLANDA ROSENDA RAMIREZ CRUZ,** Appellants

**V.**

**PROVIDENT AMERICAN INSURANCE COMPANY, Appellee**

**On Appeal from the 270th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2010-78994**

### M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed August 1, 2012.  On February 22, 2013, appellants filed a motion to dismiss the appeal.  *See* Tex. R. App. P. 42.1.  The motion is granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Justices Frost, Brown, and Busby.